# CRIMINAL COMPLAINT
(Electronically Submitted)

| **United States District Court** | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Karla Irasema Gracia**<br>DOB: 1984; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**25-12103MJ** |

Complaint for violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) 1324(a)(1)(B)(i).

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about September 18, 2025, in the District of Arizona, **Karla Irasema Gracia**, knowing and in reckless disregard of the fact that certain illegal aliens, including Luis Fernando Damian-Damian, and Macario Lopez-Ortiz had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On September 18, 2025, in the District of Arizona (Nogales), Border Patrol Intelligence Agents (BPAIs) were positioned at the Walmart parking lot in Nogales, AZ. (100 W. White Park Dr.) watching lane three when a vehicle arrived and parked far from any other vehicles. BPAIs are agents that are in plain clothes driving unmarked units. No subjects immediately exited the vehicle, and it appeared that the driver had turned the vehicle off. After approximately 20 minutes the driver exited the vehicle and stood at the driver's side door. It appeared that the driver was speaking to someone inside the vehicle. BPAIs could not see any additional subjects inside the vehicle, suggesting that whoever the driver was speaking to was trying to hide inside the vehicle. The driver began to pace in front of the vehicle, returning to the door to speak with whomever was inside of the vehicle. After several minutes a Jeep Patriot bearing Arizona license plate 5BA6KL arrived and stopped in front of the vehicle and driver. The driver of the first vehicle approached the Jeep and spoke with the Jeep's driver for a few moments. The Jeep then positioned itself near the driver side door of the other vehicle. The driver of the other vehicle returned and attempted to pull the rear driver side door handle, but it appeared to be locked. The driver then opened the driver's side door and appeared to unlock all the doors. After the driver did this the three passenger doors opened. Three subjects got out of the parked vehicle and entered the Jeep into the rear passenger compartment. The Jeep then left the Walmart parking lot and took a circuitous route to State Route (SR) 82. BPAIs followed the Jeep from the Walmart parking lot onto SR 82 until it made an abrupt stop at a Circle K parking lot. BPAIs then conducted a consensual encounter with the driver and her passengers. BPAIs observed no passengers in the front passenger seat, but three adult subjects and a young child (the driver's son) on the rear passenger seat. One of the adult subjects was sitting on the other two subjects' laps, and the subjects appeared to be ducking down and trying to hide. During the consensual encounter, one of the adult subjects attempted to flee from the rear driver side door of the Jeep, but BPAIs were able to stop him. The driver was identified as **Karla Irasema Gracia**, a United States citizen. Additional uniformed agents arrived on scene and conducted additional immigration inspections. It was determined that all three adult passengers were citizens and Nationals of Mexico and were in the United States illegally. Two of the adult passengers were identified as Luis Fernando Damian-Damian and Macario
**Continued on next page**

| MATERIAL WITNESSES IN RELATION TO THE CHARGE: Luis Fernando Damian-Damian and Macario Lopez-Ortiz ||
|---|---|
| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE and NAME:<br>Border Patrol Agent<br>Jeremy Sykes |
| Sworn by telephone __x__ ||
| SIGNATURE OF MAGISTRATE JUDGE[1)]<br>*Maria S. Aguilera* | DATE<br>September 19, 2025 |
| [1)] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54<br>Reviewing AUSA: Berman ||

Lopez-Ortiz. Records checks revealed they do not possess the proper documentation to enter, pass through, or remain in the United States.

Material witness Luis Fernando Damian-Damian stated that he is a citizen of Mexico. Damian stated that he was going to pay 20,000 MXN Pesos to go to Los Angeles, California. Damian stated that he crossed the International Boundary Fence illegally, by going over the fence. Damian claimed that he was "Clave 23." The "clave" is used to understand who the smugglers of the illegal aliens are. Damian stated that he arrived at a house yesterday, in a grey vehicle. The same grey vehicle took him to the black vehicle in which he was arrested.

Material witness Macario Lopez-Ortiz stated that he is a citizen of Mexico. Lopez stated that he crossed into the United States illegally and that he knew it was illegal to do so. Lopez also stated that he was "clave 23". Lopez stated that he was going to New Jersey and was supposed to pay 200,000 MXN Pesos. Lopez stated that he crossed the International Boundary Fence with approximately 10 other individuals. Lopez stated that he was taken to a stash house in Nogales, Arizona. Lopez stated that he stayed at the stash house for approximately one week. Lopez stated that he did not have his cellphone and was only fed cup of noodle. Lopez stated that he was transported with four other individuals to the house and stayed in one bedroom. Lopez stated that he felt like he was kidnapped, and that he couldn't leave.